Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

MICHEL ARACHTINGI, Appellant, v. JOSEPH P. DAY and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.

In the Matter of the Application of HENRY SEAGRAVE CARRINGTON, as Executor, etc., of EDA C. NAISAWALD, Formerly EDA A. CARRINGTON, Deceased, Appellant, for an Order of Inquiry, Directed to E. M. GATTLE & COMPANY, Respondent.   LOUIS C. NAISAWALD, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Smith, Page and Greenbaum, JJ.; Smith, J., dissenting.

HERMAN REINHEIMER, Appellant, v. JOHN E. LIGGETT, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

HERMES AMUSEMENT CO., INC., Respondent, v. X AMUSEMENT COMPANY, INC., Appellant.— Determination affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Page, J., dissenting.

DONALD SYMINGTON and Others, Copartners, etc., Respondents, v. A. STROUD HAXTON, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenaum, JJ.

VINCENT ALBANO, an Infant by VINCENT F. ALBANO, His Guardian ad Litem, Respondent, v. J. F. TAPLEY & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Clarke, P. J., and Dowling, J., dissenting on the ground that in their opinion the verdict as to the defendant's negligence is against the weight of the evidence.

VINCENT F. ALBANO, Respondent, v. J. F. TAPLEY & Co., INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Clarke, P. J., and Dowling, J., dissenting on the ground that in their opinion the verdict as to the defendant's negligence is against the weight of the evidence.

JOSEPH RABINOWITZ and Another, Respondents, v. FREDERICK D. FRICKE and Another, Appellants.— Judgment modified by deducting therefrom the sum of $175, for failure to lower the vault walls, and as so modified affirmed, with costs to respondents. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. J. B. GREENHUT Co., INC., Appellant. Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.

WILLIAM B. SISLER, Respondent, v. CHARLES DU BOURG and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Page and Greenbaum, JJ.; Dowling, J., dissenting.